Gary Ruthford
#24767 700 Conley Lake Rd
Deer Lodge, MT 59722

United States District Court of Montana, Missoula Division

Complaint

, Plaintiff

Civil Action No.

V-

Mineral County
Mineral County Administrators

Wayne Cashman - Under Sheriff
Mike Toth - Sheriff
Duan Simons - Commissioner
Dawn Terril - Commissioner
Debra Jackson - Prosecutor

DEC 19 2022
Clerk, U.S. Courts
District of Montana
Missoula Division

Jury Trial Demanded

, Respondants

I Gary Ruthford, was confined at the Mineral County Jail, located at P.O. Box 99 Superior Montana from Date: June 15 2022 To Date: Aug. 29, 2022 for a total of #75 Days.

1 of 6

Defendant, Mike Toth is and was at all ~~times~~ relevant times herein the sheriff, superintendant of the mineral county jail. As sheriff of the jail the defendant manages the day to day operations and executes it's policies.

Defendant, Wayne Cashman, undersheriff is and was at all relevant times Herein undersheriff, assisting Superintendant of the Mineral County jail. As undersheriff of the jail the defendant assists in managing the day to day operations and executes it policies.

Defendant Mineral County, is and was at all relevant times Herein a municapal corporation of the state of Montana

Defendant Mineral County administrators is and was at all times relevant Herein of adult services for the City of Superior Montana, with responsibility for operating and maintaining detention, penal and corrective institutions within the city of Superior, including the mineral county jail

Defendant Duan Simons, County Commissioner is and was at all times relevant Herein of the allotment of funds and Services for the City of Superior Montana, with responsibilty for operating and maintaining detention, penal, and Corrective institutions within the City of Superior including the mineral county jail

Defendant Dawn Terril county Commissioner is and was at all times relevant Herein of the allotment of funds and Services for the City of Superior Montana, with responsibility for operating and Maintaining detention, penal, and corrective institutions within the City of Superior Including the Mineral County jail.

Defendant Debra Jackson, county Attorney for Mineral County is and was county Attorney/Prosecutor and as a person, is and was at all relevant times Herein an Employee of the County (Mineral County).

This action arises under and is brought Pursuant to 42 U.S.C. Section 1983 to remedy the depravation under color of state Law, of rights Gouranteed by the Eighth and Fourteenth amendments to the United States constitution. This court has Jursdiction over this action Pursuant to 28 U.S.C. Sections 331 and 1343, Plaintiff claims for injuctive rellief are authorized by rule 65 of the federal rules of Civil procedure, This Cause of action Arose in the District of Montana-Missoula Diusion, therfore, venue is proper under 28 U.S.C., Section 1391 (B)

Plaintiff has no other Lawsuits dealing with the same facts involved in this action or otherwise relating to their imprisonment.

Plaintiff has exhausted all available adminstrative remedies within the Mineral County Jail. Grevances, kites and requests are maintained in this Lawsuit as problems Severe and minor, going ignored and overlooked: See personal statements.

At all Belevant times Herein, Defendants were "Persons" for the Purpose of 42 U.SC., Section 1983 and acted under Color of law to deprive Plaintiff (Gary Rufford) of his constitutional rights, as set forth more fully below

Personal Statement:

10th DECEMBER 2022

Gary Ruthford
Mineral County Jail:

* NO AC, NO FREE Air intake, temps in cells 90° to 98°
* PREA, Showers being viewed by day room video moniter of Krosk looks right in shower dry off area and changing area.
* Black Mold on shower wall and drain Backed.
* Was denite for recieving new dentures, were paid for already.
* Medical kites + greivances being answered by Scott Note a medical Profesional
* Greivance process does not exist, the procedure is wrong and not legal
* No DHO Hearing or weight up process.
* Sign all our money orders, checks, any and all money coming in they sign
* No cell checks or walk around on hour or half hour
* No staff order as in, sargent to talk to under sheriff is only step and he never answers greivances
* No Mental Health
* No AA or NA Self help books at all.
* No Religious Services or church of any kind we all asked multiple times
* Medical needs or meds only done on there time at there importance
* outdated PREA infor in cell (Pod) windows The 1-800 # do not work and handbook out dated while I was there all poleices procedures staff and rules over 8 year old

5066

\* ✱ WAS INCARNATE IN MINERAL Country Jail JUNE 15 2022 TO August 29th 2022

Yours truely
Gary Ruthford
Mary Ruthford

6086