IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GARY RUTHFORD, | Cause No. CV 22-195-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER |
| MINERAL COUNTY ET AL., | |
| Defendants. | |

On March 9, 2023, the Court directed Plaintiff Gary Ruthford to pay his filing fee within 21 days. (Doc. 11.) The Clerk of Court was directed to close this matter if Ruthford failed to do so. In response, apparently, Ruthford's wife submitted a statement of income on his behalf, presumably in support of his prior motion to proceed in forma pauperis. (Doc. 12.) The Court previously determined, by reviewing Ruthford's prison account statement, that he had sufficient funds to pay the filing fee.

Accordingly, the Court hereby ORDERS:

1. Ruthford's wife's submission notwithstanding, Ruthford is directed to pay the filing fee within 21 days of the making of this Order. If he fails to do so, the Clerk of Court is directed to close this matter.

1

2. At all times, Ruthford must update the Court with any change of address.

DATED this 5th day of April, 2023.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court